

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

BANKRUPTCY COURT
DISTRICT OF OREGON

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 5, 2010

2010 APR -6  AM 10: 28

LODGED_____REC'D_____
PAID_____DOCKETED_____

U S Bankruptcy Court
1001 SW 5th Ave  #700
Portland, OR  97204

RE:  Docket-- **08-33339-RLD11**
Name— Elroy G Prosch

We are closing our Proof of Claim.  We are listed in your records as creditor # 82339276, claim #35 filed on 11/21/2008.  We hereby withdraw our claim and you may discontinue further consideration of it.

If you have any questions, please contact me at (503) 326-3292 or by writing to Internal Revenue Service, Insolvency Group III, M/S O240, 1220 SW Third Avenue, Portland, Oregon  97204.

Sincerely yours,

Jeffrey Werstler
Badge  0843328
Revenue Officer Advisor

cc: E. Prosch
    T. Schleicher